No. 78–6685.   TAYLOR *v.* DEPARTMENT FOR HUMAN RESOURCES OF KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 78–6688.   ROWLETT *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 78–6689.   GEHRING *v.* CRIST, WARDEN.   Sup. Ct. Mont.   Certiorari denied.

No. 78–6691.   HARRELL *v.* HOPE, CLERK, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA.   C. A. 10th Cir.   Certiorari denied.

No. 78–6692.   JOHNSON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–6694.   THIESS *v.* FRANKLIN SQUARE HOSPITAL, INC., ET AL.   Ct. App. Md.   Certiorari denied.

No. 78–6697.   COX *v.* RIGGSBY, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 78–6700.   HANLEY *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 78–6701.   VANZANDT *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–6702.   CONNER *v.* AUGER, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 78–6703.   CROSBY *v.* OREGON.   Ct. App. Ore.   Certiorari denied.

No. 78–6706.   STUART *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 78–6709.   MANTHE *v.* OREGON.   Ct. App. Ore.   Certiorari denied.

No. 78–6710.   HERSHBERGER *v.* HERSHBERGER.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.